**BOIES SCHILLER FLEXNER LLP**
Sean P. Rodriguez (SBN 262437)
srodriguez@bsfllp.com
Breana Sicley (SBN 347750)
bsicley@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile:  (415) 293-6899

Scott Nielson (pro hac vice)
snielson@bsfllp.com
100 SE 2nd Street
Ste 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff*
*GOORIN BROS., INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOORIN BROS., INC., | **Case No. 3:23-cv-05003-WHO** |
| Plaintiff, | |
| v. | **MOTION TO ADJOURN** |
| BACKYARD BLISS LLC and TREY HAGEN, | Judge: Hon. William H. Orrick |
| Defendants. | |

1.      On September 28, 2023, Plaintiff Goorin Bros., Inc. ("Plaintiff") filed a complaint against Defendants Backyard Bliss LLC and Trey Hagen ("Defendants").

2.      On September 29, 2023, the Court entered the Initial Case Management Scheduling Order setting a deadline of December 12, 2023 for the parties to meet and confer and have a conference under F.R.C.P. Rule 26(f) and to file an ADR Certification. Dkt. 3.

3.      Between December 2023 and February 2024, the parties engaged in settlement discussions and jointly requested to extend certain Court deadlines to facilitate these discussions.

4.      On February 26, 2024, as requested by the parties, the Court extended the deadline for the Case Management Conference to March 5, 2024.

5.      The parties have reached a final settlement agreement.

6.      The parties respectfully request that the Court adjourn the March 5, 2024 Case Management Conference until further notice.

7.      Once the terms of the settlement agreement have been fulfilled, Plaintiff will dismiss the Complaint.

Dated: March 5, 2024                    Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By:      /s/ Scott Nielson
         Scott Nielson
         *Attorney for Plaintiff GOORIN BROS., INC.*

FINKEL LAW GROUP, P.C.

_____
Lonnie Finkel, Esq.
*Attorney for Defendant*